# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Dore, Timothy W. | Bankruptcy Court - Western Washington | 04/13/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ✔ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

700 Stewart Street, Room 8131
Seattle, WA 98101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board Member | The Mike Tice Foundation (a 501(c)(3) organization) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 12/23/09 | Ryan Retirement Plan and Trust (retirement plan with former law firm (Ryan, Swanson & Cleveland, PLLC)) - See Part VIII |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 01/01/2020 | Wood & Jones P.S. - DP's salary for legal services. See Part VIII |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. DP: Chase | Mortgage on rental property in Baggs, Wyoming | J |
| 2. DP: Bank of America | Credit card/Line of credit | J |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dore, Timothy W. | 04/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ▨ Investment Real Property, Baggs, WY | E | Rent | N | W | | | | | |
| 2. Chase (bank accounts) | A | Interest | N | T | | | | | |
| 3. E-Trade (bank accounts) | A | Interest | M | T | | | | | |
| 4. E-Trade (brokerage account) (H) | | | | | | | | | |
| 5. --E-Trade cash account | A | Interest | J | T | | | | | |
| 6. Ryan Retirement Plan & Trust (H) | | | | | | | | | |
| 7. --MainStay Large Cap Growth | A | Int./Div. | J | T | Sold (part) | 05/01/20 | O | A | See Part VIII |
| 8. --Vanguard 500 Index Fund Adm | | None | | | Sold | 01/31/20 | N | A | See Part VIII |
| 9. --Fidelity 500 Index Fund | B | Int./Div. | | | Buy | 01/31/20 | N | | See Part VIII |
| 10. | B | Int./Div. | | | Sold | 05/01/20 | N | A | |
| 11. --American Beacon Small Cap Value | | None | | | Sold | 01/31/20 | L | A | See Part VIII |
| 12. --American Beacon Small Cap Value R6 | | None | | | Buy | 01/31/20 | L | | See Part VIII |
| 13. | | None | | | Sold | 05/01/20 | L | A | |
| 14. --The Hartford MidCap Fund Class R6 | | None | | | Sold | 05/01/20 | M | A | |
| 15. --Eagle Small Cap Growth | | None | | | Sold | 01/31/20 | L | A | See Part VIII |
| 16. --JPM Small Cap Growth R6 | | None | | | Buy | 01/31/20 | L | | See Part VIII |
| 17. | | None | | | Sold | 05/01/20 | L | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --American Funds EuroPacific Growth | | None | | | Sold | 05/01/20 | M | A | |
| 19. --Janus Balanced S | B | Int./Div. | J | T | Sold (part) | 05/01/20 | N | A | See Part VIII |
| 20. --Galliard Retirement Income Fund 35 | D | Int./Div. | P1 | T | Buy | 05/01/20 | P1 | | |
| 21. ▨ Vacant Land, Cody, WY (50% interest in two lots) | | None | K | W | | | | | |
| 22. ▨ Whole Life Insurance - New York Life | C | Int./Div. | M | T | | | | | |
| 23. ▨ IRA - Fidelity Advisor Capital Development Fund Class O (FDETX) | D | Int./Div. | M | T | | | | | |
| 24. ▨ Chase (bank accounts) | A | Interest | J | T | | | | | |
| 25. ▨ Boeing Employees Credit Union (bank accounts) | A | Interest | K | T | | | | | |
| 26. Race Horse (New Drama) | | None | K | W | Buy | 04/10/20 | K | | See Part VIII |
| 27. Race Horse (Bamboozler) | | None | | | Sold | 02/15/20 | J | A | See Part VIII |
| 28. Race Horse (Next Revolt) | D | Royalty | | | Buy | 09/07/20 | K | | See Part VIII |
| 29. | | | | | Sold | 10/23/20 | K | A | See Part VIII |
| 30. California Race Tracks (deposit account) | | None | K | T | | | | | |
| 31. Loan receivable from MRP, Inc., Michael Richendifer and Raymond Poore | D | Interest | | | Closed | 07/23/20 | M | D | See Part VIII |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Dore, Timothy W.** | 04/13/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part II, Item 1: Agreement dated 12/23/09 (updated from March 2003) and amended 1/1/16. 100% vested; no longer allowed to contribute; no control other than over my own vested interest in the plan.

2) Part III, Item B.1: January 2020 - December 2020. The abbreviation ▨ throughout this report designates my ▨ partner.

3) Part VII, Item 7: Entire ownership of this fund was sold on May 1, 2020. A small dividend was received after the sale. Accordingly, there remains a small ownership in this fund.

4) Part VII, Items 8 and 9: Vanguard 500 Index Fund was replaced in the retirement plan with Fidelity 500 Index Fund. Funds in Vanguard 500 Index Fund were automatically transferred into Fidelity 500 Index Fund on January 31, 2020.

5) Part VII, Items 11 and 12: American Beacon Small Cap Value was replaced in the retirement plan with American Beacon Small Cap Value R6. Funds in American Beacon Small Cap Value were automatically transferred into American Beacon Small Cap Value R6 on January 31, 2020.

6) Part VII, Items 15 and 16: Eagle Small Cap Growth was replaced in the retirement plan with JPM Small Cap Growth. Funds in Eagle Small Cap Growth were automatically transferred into JPM Small Cap Growth on January 31, 2020.

7) Part VII, Item 19: Entire ownership of this fund was sold on May 1, 2020. A small dividend was received after the sale. Accordingly, there remains a small ownership in this fund.

8) Part VII, Item 26: The horse was bought privately from Stetson Racing LLC.

9) Part VII, Item 27: The horse was retired and given away through a rehabilitation facility. I am not aware of the current owner.

10) Part VII, Items 28 and 29: The income was purse money won in races. The horse was bought and sold through claiming races. The horse was bought from DK Racing LLC and sold to Keith Desormeaux.

11) Part VII, Item 31: MRP, Inc. Michael Richendifer and Raymond Poore. Loan was paid in full in 2020.

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Timothy W. Dore**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544